**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                            **CRIMINAL NO. 4:13cr165-MPM-JMV-1**

**JEMARIOUS JAVAE FAIR**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **William Travis** on **February 23, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **William Travis** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **William Travis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 23rd day of February, 2023.

                                                                 /s/ Jane M. Virden
                                                            UNITED STATES MAGISTRATE JUDGE